Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 7A**

| |
|---|
| BERNET INTERNATIONAL TRADING, LLC,<br><br><br>                                    Plaintiff,<br><br>          v.<br><br>UNITED STATES, U.S. CUSTOMS AND BORDER PROTECTION, and RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection,<br><br>                                    Defendant. |

Court No. 26-02228

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 3/18/2026

/s/ Andrew T. Schutz
_____
Signature of Plaintiff's Attorney

Andrew T. Schutz
_____
Attorney for Plaintiff

GRUNFELD, DESIDERIO, LEBOWITZ SILVERMAN & KLESTADT LLP
_____
Firm

1201 New York Ave., NW, Ste. 650
_____
Street Address

Washington, DC 20005
_____
City, State and Zip Code

(202) 783-6881
_____
Telephone Number

aschutz@gdlsk.com
_____
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: March 23, 2026

Clerk, U. S. Court of International Trade

By: _____/s/ Jason Chien_____
                    Deputy Clerk